McGREGOR W. SCOTT
United States Attorney
DARIN ROCK
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00031-SAB |
|---|---|
| Plaintiff, | [Citation #6238430 CA/8] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| TASHA M. TWOELK, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00031-SAB [Citation #6238430] against TASHA M. TWOELK without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 8, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ Darin Rock
　　　　　　　　　　　　　　　　　　　　DARIN ROCK
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00031-SAB [Citation #6238430] against TASHA M. TWOELK be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**February 8, 2018**__

UNITED STATES MAGISTRATE JUDGE